

**Serge Krimnus, Esq.**
**BOCHNER PLLC**
1040 Avenue of the Americas, 15TH Floor, New York, NY 10018
o 646.971.0685 e serge@bochner.law w bochner.law

May 5, 2025

**VIA ECF**

Hon. Gary Stein
United States District Court
Southern District of New York
500 Pearl St.
New York, NY 10007

**MEMO ENDORSED**

> **Re:** *Fernandez v. Caraway Home, Inc.*; Case No.: **1:25-cv-01846**
> Letter Motion for Extension of Time for Defendant to Respond to Complaint

Judge Stein:

Our firm is counsel to Defendant Caraway Home, Inc. ("Defendant") in the above referenced matter. We write with the consent of Plaintiff Felipe Fernandez ("Plaintiff" and together with Defendant, the "Parties"), to respectfully request a thirty (30) day extension of time for Defendant to respond to Plaintiff's Complaint (the "Complaint") [ECF 1]. The current deadline for Defendant to respond to the Complaint is May 5, 2025. The requested extension would move this deadline to June 4, 2025. This is the first time the Parties have requested an extension of the instant deadline. Good cause exists for this request, as the Parties are exploring resolution of this matter, and require additional time to discuss possible settlement.

We thank the Court for its time and attention in this matter.

Respectfully submitted,

/s/ Serge Krimnus
Serge Krimnus, Esq.

Application granted. Defendant's time to answer, or otherwise respond, to Plaintiff's Complaint is hereby extended to Wednesday, June 4, 2025.

Date:  May 6, 2025
New York, Ny

**SO ORDERED:**

_Gary Stein_

**HON. GARY STEIN**
**UNITED STATES MAGISTRATE JUDGE**